IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PENN PACIFIC PROPERTIES, LP**     **PLAINTIFF**

**V.**     **NO. 4:23-CV-142-DMB-DAS**

**THE UNITED STATES OF AMERICA -
UNITED STATES SMALL BUSINESS
ADMINISTRATION; and DOES 1-75,
inclusive**     **DEFENDANTS**

## ORDER

On March 22, 2024, in this case filed by Penn Pacific Properties, LP, seeking to confirm a tax title on certain property located in Washington County, Mississippi,[1] the parties filed a "Joint Motion for Entry of Agreed Judgment" representing that they "have agreed to resolve [this] litigation" and "to the entry of an agreed judgment on the terms provided in the proposed [agreed judgment]." Doc. #10 at PageID 133. Both the joint motion and the proposed agreed judgment are signed by the parties through counsel. *Id.*

Based on the parties' agreement, the "Joint Motion for Entry of Agreed Judgment" [10] is **GRANTED**. The proposed agreed judgment will be signed and entered by the Court.

**SO ORDERED**, this 25th day of March, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Penn Pacific commenced this case in the Chancery Court of Washington County, Mississippi, on June 23, 2023. Doc. #2. Pursuant to 28 U.S.C. § 1442(a)(1), the United States of America, on behalf of the United States Small Business Administration, removed the case to the United States District Court for the Northern District of Mississippi on July 28, 2023. Doc. #1.